

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00725-CV

**IN RE SAN ANTONIO VILLA DEL SOL HOME OWNERS ASSOCIATION**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Delivered and Filed: January 28, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On November 19, 2025, Relator filed a corrected petition for writ of mandamus seeking an order directing Respondent to grant Relator's Motion for Reconsideration where Respondent allegedly signed an order on August 15, 2025, denying the Motion and voiding two of Relator's amended bylaws. Relators have failed to establish that they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-11817, styled *San Antonio Villa del Sol Home Owners Association v. Michael McCormack et. al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.